

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-17-00315-CR**
**NO. 02-17-00316-CR**

MICHAEL EDWARD PAWELEK                                       APPELLANT

V.

THE STATE OF TEXAS                                                 STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NOS. 1486826D, 1457910W

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion to Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  MEIER, GABRIEL, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 26, 2017